UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.:  05-613 (MJD/AJB)

ROGER PEDERSON

       Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ORDER

PREMIER ELECTRICAL CORP.,

       Defendant.

---

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for 30 days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: September 15, 2005

                              s/ Michael J. Davis
                              MICHAEL J. DAVIS
                              United States District Court Judge